**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RANDALL WEIR,

              Petitioner,

              v.

THE PEOPLE OF THE STATE OF CALIFORNIA, FIDENCIO GUZMAN, Warden,

              Respondent.

Case No. 2:24-cv-04563-FWS-DTB

**J U D G M E N T**

      Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the action is dismissed with prejudice.

Dated:  April 2, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1